IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:25-cv-00637

MEINEKE FRANCHISOR SPV LLC,

    Plaintiff

vs.

USMAN AUTO, INC., a New Jersey corporation, USMAN AHMAD, an individual, AND GULZAR AHMAD, an individual,

    Defendants.

---

## DISCLOSURE BY PARTY OR INTERVENOR IN A DIVERSITY CASE

This disclosure must be filed on behalf of each party or intervenor to an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a). Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must file this disclosure at the time of the party's first appearance, pleading, petition, motion, response, or other request addressed to the Court. The disclosing party also must serve this form on the other parties to the action.

MEINEKE FRANCHISOR SPV LLC   who is   Plaintiff
*(Name of Party)*                                                *(Plaintiff / Defendant/Movant/Intervenor)*

makes the following disclosures:

1.    Is the party identified above an individual?

    ___ YES          X NO

    If the answer is "YES," identify the State citizenship of that individual:

    If the answer is "NO," proceed to question No. 2 below.

2. Identify the name and State citizenship of every individual or entity whose citizenship is attributable[1] to the party identified above:

| Name of Individual/Entity | Citizenship |
|---|---|
| **Driven Brands, Inc.** | **North Carolina and Delaware** |
| Name of individual/entity | State of citizenship |
| **Driven Brands Holdings, Inc.** | **North Carolina and Delaware** |
| Name of individual/entity | State of citizenship |

Date: August 25, 2025

　/s/ Danielle Diller　
Danielle Diller, Esq.
North Carolina Bar No. 60026
Florida Bar No. 1008830
Email: danielle.diller@dinsmore.com
**DINSMORE & SHOHL, LLP**
201 N. Franklin Street, Suite 3050
Tampa, Florida 33602
Telephone: 813-543-9848
*Attorneys for Plaintiff,*
*Meineke Franchisor SPV LLC*

---

[1] "For purposes of diversity jurisdiction, the citizenship of a limited liability company . . . is determined by the citizenship of all of its members." Cent. W. Va. Energy Co., Inc. v. Mountain State Carbon, LLC, 636 F.3d 101, 103 (4th Cir. 2011). When members are LLCs themselves, the citizenship issues must be traced through until one reaches only individuals and/or corporations. See Jennings v. HCR ManorCare, Inc., 901 F.Supp.2d 649, 651 (D.S.C. 2012) ("an LLC's members' citizenship must be traced through however many layers of members there may be").