# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| MEINEKE FRANCHISOR SPV LLC,<br><br>Plaintiff<br><br>vs.<br><br>USMAN AUTO, INC., a New Jersey corporation, USMAN AHMAD, an individual, AND GULZAR AHMAD, an individual,<br><br>Defendants. | Civil Action No.: 3:25-cv-00637 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed. R. Civ. P. 7.1, MEINEKE FRANCHISOR SPV LLC, who is Plaintiff makes the following disclosure:

1. Is party/intervenor a publicly held corporation or other publicly held entity?
   ( ) Yes      ( **X** ) No

2. Does party/intervenor have any parent corporations?
   ( **X** ) Yes      ( ) No

   If yes, identify all parent corporations, including grandparent and great-grand parent corporations:

   **Driven Brands, Inc.**
   **Driven Brands Holdings Inc.**

3. Is 10% or more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?
   ( **X** ) Yes      ( ) No

   If yes, identify all such owners:

   **Driven Brands Holdings Inc.**

4. Is there any other publicly held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
( ) Yes ( **X** ) No

If yes, identify entity and nature of interest:

5. Is the party/intervenor a trade association?

( ) Yes ( **X** ) No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

**N/A**

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| **Driven Brands, Inc.** | **North Carolina and Delaware** |
|---|---|
| Name of individual/entity | State of citizenship |

Date: August 25, 2025

*/s/ Danielle Diller*
Danielle Diller, Esq.
North Carolina Bar No. 60026
Email: danielle.diller@dinsmore.com
201 N. Franklin Street, Suite 3050
Tampa, Florida 33602
Telephone: 813-543-9848
*Attorneys for Meineke Franchisor SPV LLC*