# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

MEINEKE FRANCHISOR SPV LLC,

|  |  |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:25-cv-00637 |
| ) | |
| USMAN AUTO, INC., a New Jersey corporation, ) | |
| USMAN AHMAD, an individual, AND GULZAR ) | |
| AHMAD, an individual, ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
  Usman Auto, Inc.
  130 Rahway Avenue
  Elizabeth, New Jersey 07202

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

  Danielle Diller
  DINSMORE & SHOHL, LLP
  201 N. Franklin Street, Suite 3050
  Tampa, Florida 33602
  Telephone: 813-543-9848
  Email: danielle.diller@dinsmore.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*/s/ Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court

Date  08/26/2025

**Civil Action No.** 3:25-cv-00637

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                      **Server's signature**

                                                  _____
                                                                   **Printed name and title**

                                                  _____
                                                                    **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

MEINEKE FRANCHISOR SPV LLC,

|  |  |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:25-cv-00637 |
| ) | |
| USMAN AUTO, INC., a New Jersey corporation, ) | |
| USMAN AHMAD, an individual, AND GULZAR ) | |
| AHMAD, an individual, ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Usman Ahmad
3438 Pheasant Hill Drive
Allentown, Pennsylvania 18104

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Danielle Diller
DINSMORE & SHOHL, LLP
201 N. Franklin Street, Suite 3050
Tampa, Florida 33602
Telephone: 813-543-9848
Email: danielle.diller@dinsmore.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 08/26/2025

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:25-cv-00637

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____  _____
                                                                                                                                  **Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

MEINEKE FRANCHISOR SPV LLC,

|  |  |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:25-cv-00637 |
| ) | |
| USMAN AUTO, INC., a New Jersey corporation, USMAN AHMAD, an individual, AND GULZAR AHMAD, an individual, ) ) ) ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Gulzar Ahmad
4816 Snapjack Circle
Naperville, Illinois 60564

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Danielle Diller
DINSMORE & SHOHL, LLP
201 N. Franklin Street, Suite 3050
Tampa, Florida 33602
Telephone: 813-543-9848
Email: danielle.diller@dinsmore.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 08/26/2025

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:25-cv-00637

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)* _____ **on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)***:** _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $** _____.

**I declare under penalty of perjury that this information is true.**

**Date:** _____  _____
  **Server's signature**

  _____
  **Printed name and title**

  _____
  **Server's address**

**Additional information regarding attempted service, etc:**