# UNITED STATE DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF NORTH CAROLINA

CASE NO.: 3:25-CV-00637
Date Filed: 08/26/2025

## AFFIDAVIT OF SERVICE

**Meineke Franchisor SPV, LLC**

      Plaintiff/Petitioner,

vs.

**Usman Auto, Inc, et al.**

      Defendant/Respondent.

_____/

```
STATE OF NEW JERSEY
COUNTY OF SOMERSET      ss.
```

I, **Roger Padilla**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On **09/12/2025** at **04:58 PM**, I served the within **SUMMONS AND COMPLAINT WITH EXHIBITS, DISCLOSURES, STANDING ORDER, CASE ASSIGNMENT** on Usman Ahmad c/o Usman Auto, Inc c/o Meineke Car Care Center at **495 St. George Ave , Roselle, NJ 07203** in the manner indicated below:

:

NAME: **Chris Fogel** TITLE/RELATION: **Employee in charge authorized to accept service for Usman Ahmad**

Comments: **Chris Fogel confirmed this Meineke Car Care Center is owned by Usman Auto Inc and Usman Auto Inc is owned by Usman Ahmad and Gulzar Ahmad.**

Description of person served:
**Sex: Male - Age: 55-60 - Skin: White - Hair: White - Height: 6'2 - Weight: 200 lbs**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this
_____ day of _____, 20__
by an affiant who is personally known to me
or produced identification.

_____
NOTARY PUBLIC

X_____
Roger Padilla - Process Server
Serve Legal Process Inc.
333 N. Falkenburg Rd, STE. B206
Tampa, FL 33619
813-254-8762
Atty File#: - Our File# **115237**

Karen Swickle
NOTARY PUBLIC
State of New Jersey
ID # 50091984
My Commission Expires 10/11/2028